

Nov 29, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-80220-CR-HURLEY/HOPKINS

Case No._____

18 USC § 922(g)(1)
18 USC § 924(e)

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRANDON BIVINS,
a/k/a "Brandon Bivens,"

       Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about October 29, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**BRANDON BIVINS,**
**a/k/a "Brandon Bivens,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and one or more rounds of ammunition, in and affecting interstate commerce, to wit: a Ruger Model "Security Six"

.357 Magnum revolver, approximately six (6) rounds of Winchester .357 Magnum ammunition, and approximately twenty (20) rounds of Speer .357 Magnum ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| BRANDON BIVINS, a/k/a "Brandon Bivens", Defendant. _____/ | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB  ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days      _X_         Petty     ___
   II   6 to 10 days     ___         Minor     ___
   III  11 to 20 days    ___         Misdem.   ___
   IV   21 to 60 days    ___         Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:  Magistrate Case No.        _n/a_
   Related Miscellaneous numbers:      _n/a_
   Defendant(s) in federal custody as of  _n/a_
   Defendant(s) in state custody as of    _n/a_
   Rule 20 from the  _____  District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes   _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   BRANDON BIVINS, a/k/a "Brandon Bivens,"

Case No. _____

Count # 1:

    18 USC §§ 922(g)(1), 924(e)

    Felon in Possession of Firearm and Ammunition

*Max. Penalty: 15 Years' to Life Imprisonment; $250,000 Fine; 0-3 years' supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96